No. 99–1842. BANKS ET UX. *v.* VIRGINIA ELECTRIC & POWER Co. C. A. 4th Cir. Certiorari denied.

No. 99–1843. CAMPBELL, MEMBER, UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. *v.* CLINTON, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–1844. HAHNAMAN ALBRECHT, INC., ET AL. *v.* POTASH CORPORATION OF SASKATCHEWAN, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1845. THO VAN HUYNH *v.* KING. C. A. 11th Cir. Certiorari denied.

No. 99–1847. DEWBERRY *v.* TEXAS UTILITIES ELECTRIC CO. C. A. 5th Cir. Certiorari denied.

No. 99–1849. TSU ET UX. *v.* VOS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–1850. HAWES ET AL. *v.* JOHNSON & JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1851. MAYES *v.* LOCAL 106, INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1853. LANSING *v.* STATE FARM AUTO INSURANCE CO. ET AL. Ct. App. D. C. Certiorari denied.

No. 99–1855. VIEHWEG *v.* MELLO. C. A. 8th Cir. Certiorari denied.

No. 99–1856. MIAMI-DADE COUNTY, THROUGH ITS MANAGER AND BOARD OF COUNTY COMMISSIONERS *v.* AGRIPOST, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1857. SMITH COGENERATION INTERNATIONAL, INC. *v.* SMITH/ENRON COGENERATION LIMITED PARTNERSHIP, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1858. FRATERNAL ORDER OF POLICE, LODGE No. 20 *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.